UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

11 FEB 18 PM 4:21

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

Kenneth Ray Harris, )
    Plaintiff, )
  )
vs. )   **1 : 11 -cv- 0 2 5 6 TWP -DML**
  )
NCO Financial Systems, Inc., )
    Defendant. )

## COMPLAINT SEEKING DAMAGES FOR VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT

### I. Introduction

1. This is an action for actual and statutory damages, legal fees and costs pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et. seq (hereinafter referred to as the "FDCPA").

### II. Jurisdiction and Venue

2. Jurisdiction of this Court arises under 28 U.S.C. § 1331 and pursuant to 15 U.S.C. § 1692k(d).

3. Venue lies in this District pursuant to 28 U.S.C. § 1391(b).

### III. Parties

4. Plaintiff in this case is a resident of the full age of majority, domiciled in the City of Indianapolis, Marion County, Indiana.

5. Defendant in this case, NCO Financial Systems, Inc., (hereinafter referred to as "NCO"), is a "debt collector" as that term is defined by the FDCPA, and is attempting to collect a debt. NCO is a corporation organized under the laws of the State of Pennsylvania whose principal business address is 507 Prudential Road, Horsham, PA, 19044.

### IV. Factual Allegations

6. NCO is a debt collection agency attempting to collect a debt from Plaintiff.

7. On June 30, 2010, Plaintiff filed for bankruptcy relief under Chapter 7 of Title 11 of the United States Code under case number 10-09810-BHL-7.

8. Included with the Plaintiff's bankruptcy was an unsecured debt to NCO.

9. On July 8, 2010, notice of the meeting of the creditors was sent to NCO by the Bankruptcy Noticing Center.

10. On August 16, 2010, NCO Portfolio Management filed a request pursuant to Bankruptcy Rule 2002(g) for the purpose of providing an address for service of notices on the creditor.

11. On October 20, 2010, the Plaintiff's bankruptcy was discharged by court order.

12. On October 22, 2010, notice of the discharge order was sent to NCO by the Bankruptcy Noticing Center.

13. Despite being notified of Plaintiff's bankruptcy filing and Plaintiff's representation by counsel, by both the Bankruptcy Noticing Center and by Defendant's own request under 2002(g), Defendant continued to contact Plaintiff in an attempt to collect a debt that had been discharged by discharged order.

14. Defendant called plaintiff approximately seven (7) between February 1 and February 14, 2011 in an attempt to collect a debt that had been discharged by discharge order.

## V.     First Claim for Relief:
## Violation of the FDCPA

15. The allegations of Paragraphs 1 through 11 of the complaint are realleged and incorporated herewith by references.

16. Defendant violated the FDCPA by contacting Plaintiff as an attempt to collect a debt despite being informed of their representation by counsel, pursuant to 15 U.S.C. §1692c.

17. Defendant violated the FDCPA by contacting Plaintiff directly instead of the attorney openly representing the debtors, pursuant to 15 U.S.C. § 1692c.

18. As a result of the above violations of the FDCPA, Defendant is liable to Plaintiff for actual damages, statutory damages of $1,000 per plaintiff, per defendant, attorney fees, and costs.

WHEREFORE, Plaintiff, having set forth his claims for relief against Defendant, respectfully prays the Court as follows:

1. That Plaintiff have and recovers against Defendant a sum to be determined by the Court in the form of actual damages;

2. That Plaintiff have and recovers against Defendant a sum to be determined in the form of statutory damages;

3. That Plaintiff have and recovers against Defendant all reasonable legal fees and expenses incurred by the attorney;

4. That Plaintiff have such other and further relief as the Court may deem just and proper.

Respectfully submitted,

_____
John T. Steinkamp
John Steinkamp and Associates
Attorney for Debtor/Plaintiff
5218 S. East Street. Suite E1
Indianapolis, IN 46227
Office: (317) 780-8300
Fax: (317) 217-1320
Email: steinkamplaw@yahoo.com

_____
Allison Wolfe
John Steinkamp and Associates
Attorney for Plaintiffs
5218 S. East Street, Suite E1
Indianapolis, IN 46227
Office: (317) 780-8300
Fax: (317) 217-1320
Email: steinkamplaw@yahoo.com